initial deprivation of due process, a disbarment based on no evidence.

For these reasons I dissent from the denial of certiorari in this case.

No. 1113. BATA *v.* CENTRAL-PENN NATIONAL BANK OF PHILADELPHIA ET AL. Sup. Ct. Pa. Certiorari denied. *Harold E. Stassen* and *A. Evans Kephart* for petitioner. *Robert MacCrate* and *Lewis H. Van Dusen, Jr.,* for respondent Bata.

No. 1125. TSAKONITES *v.* TRANSPACIFIC CARRIERS CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Isaac Salem* for petitioner. *John R. Sheneman* for respondents. *Arthur J. Mandell* for American Trial Lawyers Association, as *amicus curiae,* in support of the petition.

No. 1126. WASHINGTON *v.* GOLDEN STATE MUTUAL LIFE INSURANCE Co. Sup. Ct. Tex. Certiorari denied. *Robert W. Hainsworth* for petitioner. *Finis E. Cowan* for respondent.

No. 1145. SLIGH *v.* COLUMBIA, NEWBERRY & LAURENS RAILROAD Co. C. A. 4th Cir. Certiorari denied. *George M. Lee, Jr.,* for petitioner. *H. Simmons Tate, Jr.,* for respondent.

No. 1091. OGLETREE ET AL. *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted. *James R. Willis* for petitioners. *John T. Corrigan* and *Lloyd O. Brown* for respondent.